UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC KELLEY, | No. C 09-2267 SI (pr) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS; et al., | |
| Defendants. / | |

Isaac Kelley filed this civil rights action (using the form petition for writ of habeas corpus), complaining of acts and omissions that occurred at Deuel Vocational Institute in Tracy, California. Tracy is in San Joaquin County, within the venue of the Eastern District of California. The defendants appear to reside in the Eastern District of California. Venue therefore properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

IT IS SO ORDERED.

Dated: May 28, 2009

_____
SUSAN ILLSTON
United States District Judge